# UNITED STATES DISTRICT COURT
## Western District of Texas
## Austin Division

| | | |
|---|---|---|
| SARAH WILSON<br>　　*Plaintiff,*<br><br>vs.<br><br>PERSOLVE RECOVERIES, LLC<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:22-cv-00104<br><br><br><br><br>**DEMAND FOR JURY TRIAL** |

## ORIGINAL COMPLAINT

1. Plaintiff Sarah Wilson sues for claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, to obtain actual damages, statutory damages, costs and a reasonable attorney's fee for the Defendant's violations of the FDCPA.

## VENUE

2. Venue is proper in the United States District Court for the Western District of Texas, Austin Division, because the acts and transactions occurred in this district and because the Defendant transacts business in this district.

## THE PARTIES

3. Plaintiff Sarah Wilson ("**Wilson**") is an individual residing in Williamson County, Texas.

4. Defendant Persolve Recoveries, LLC ("**Persolve**") is a company organized and existing under the laws of Delaware and may be served by serving its registered agent at the following address:

> Corporation Service Co. d/b/a CSC-Lawyers Incorporating Service Co.
> 211 E. 7th St.
> Ste. 620
> Austin, TX 78701

**FACTUAL ALLEGATIONS**

5. Wilson resides in Williamson County, Texas.

6. Wilson allegedly owed money related to an automobile purchase

7. Wilson did not pay the alleged debt and it went into default.

8. After default, the debt was sold to Persolve.

9. Persolve describes itself as "a full service legal recovery and collection firm".[1]

10. Persolve attempted to collect the alleged debt from Wilson.

11. Persolve filed a civil lawsuit bearing cause number J2-CV-21-682 and styled *Persolve Recoveries, LLC v. Sarah Wilson* in the Justice Court, Precinct Two, of Travis County, Texas.

12. Persolve commenced its lawsuit on March 2, 2021.

13. Wilson did not reside within the boundaries of Justice Court Precinct Two of Travis County, Texas.

14. Wilson did not sign the contract sued upon within the boundaries of Justice Court Precinct Two of Travis County, Texas.

---

[1] *See* http://persolve.com/

15. Persolve had the lawsuit served on Wilson at an address not within the boundaries of Justice Court Precinct Two.

16. At all relevant times, Wilson lived in Williamson County, Texas.

17. Persolve attached discovery to suit it had served on Wilson.

18. Any request for pretrial discovery in Justice Court must be presented to the court for approval by written motion. The discovery request must not be served on the responding party unless the judge issues a signed order approving the request. *See* Texas Rule of Civil Procedure 500.9(a).

19. Persolve did not present a written motion to the court for pretrial discovery.

## **COUNT I. VIOLATION OF THE FDCPA § 1692i(a)**

20. Plaintiff re-alleges the above paragraphs as if set forth fully in this count.

21. Section 1692i(a) of the FDCPA states:

```
Any debt collector who brings any legal action on a debt
against any consumer shall-

    ....

(2).... bring such action only in the judicial district or similar
legal entity-

(A) in which such consumer signed the contract sued upon; or

(B) in which such consumer resides at the commencement of the
action.
```

22. Persolve violated § 1692j of the FDCPA by suing Wilson to collect a consumer debt in a Travis County, Texas.

## **COUNT II. VIOLATION OF § 1692e OF THE FDCPA**

23. Plaintiff re-alleges the above paragraphs as if set forth fully in this count.

24. Persolve violated § 1692e by serving pretrial discovery without approval from the court.

25. Persolve violated § 1692e(9) by serving pretrial discovery without approval from the court.

26. Persolve violated § 1692e(13) by serving pretrial discovery without approval from the court.

## REQUEST FOR RELIEF

27. Plaintiff requests this Court award her:

    a. Actual damages;

    b. Statutory damages of $1000 for Persolve's violations of the FDCPA;

    c. Costs; and

    d. A reasonable attorney's fee.

## JURY DEMAND

Plaintiff demands trial by jury.

Respectfully Submitted,
By: *Tyler Hickle*
Plaintiff's Attorney

Tyler Hickle, SBN 24069916
**Law Office of Tyler Hickle, PLLC**
4005C Banister Lane, Ste. 120
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tyler@hicklepllc.com