IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SARAH WILSON,<br>　　　　PLAINTIFF, | §<br>§<br>§ | |
| V. | §<br>§ | |
| PERSOLVE RECOVERIES, LLC,<br>　　　　DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 1:22-CV-104-LY |

FILED
MAY 10 2022
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　DEPUTY

## ORDER CLOSING CASE

Before the court is the above-referenced cause. On May 9, 2022, Plaintiff filed a Stipulation of Dismissal (Doc. #5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As nothing further remains to be resolved,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _10th_ day of May, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE